```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Carlos A. Gonzalez
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
Attorneys for the United States.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
ISIAS RIOS, et al.,            ) Case No.2:11-cv-00042-KJD-RJJ
                               )
        Plaintiff,             )
v.                             )
                               )
HILLARY RODHAM CLINTON, et al.,)
                               )
        Defendants.            )
_____)
```

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Denise Schnapp Lippert to the Bar of this Court for the purpose of representing the defendant, United States Citizenship and Immigration Services, in the above-captioned litigation.

Denise Schnapp Lippert is a member in good standing of the State Bar of Georgia (Bar # 551470). She is an attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation, and her office is located in Washington, D.C..

Ms. Lippert can be served/contacted at the following address:

    Denise S. Lippert
    United States Department of Justice
    Civil Division Office of Immigration Litigation
    District Court Section
    PO Box 868 Ben Franklin Station
    Washington, D.C. 20044
    denise.s.lippert@usdoj.gov

It is respectfully requested that an order be issued permitting Denise Schnapp Lippert to practice before this court in this action.

Dated: March 18, 2011

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney


    //S// CARLOS A. GONZALEZ
    CARLOS A. GONZALEZ
    Assistant United States Attorney


IT IS SO ORDERED:

Dated: 3/21/11

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I certified that I electronically filed the foregoing MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY (Denise Schnapp Lippert) with the Clerk of the Court using CM/ECF system, which will automatically send email notification to the following attorney of record:

>Kathia Pereira
>Perreira & Velasquez LLP
>6070 South Eastern Avenue
>Suite 450
>Las Vegas, NV 89119
>kp@pvaattorneys.com

                                    /s/   Carlos A. Gonzalez
                                    CARLOS A. GONZALEZ
                                    ASSISTANT UNITED STATES ATTORNEY