UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAIAS FLORES RIOS, *et al.*, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HILLARY RODHAM CLINTON, *et al.*, ) <br> ) <br> Defendant, ) <br> ) | 2:11-cv-42-KJD-RJJ <br><br><br><br> O R D E R |

This matter is before the Court on Defendants' Unopposed Motion for an Enlargement of Time to File a Responsive Pleading (#25) and Errata (#26).

The Court having reviewed the Motion (#25) and the Errata (#26) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for an Enlargement of Time to File a Responsive Pleading (#25) as amended by the Errata (#26) is GRANTED in that Defendants shall have to and including April 28, 2011, to file a responsive pleading to the Amended Complaint (#20).

DATED this __25th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge