Kathia I. Pereira
Pereira & Velasquez LLP
6070 S. Eastern Suite 450
Las Vegas, NV 89119
kp@pvattorneys.com
Telephone: (702) 737-7717
Facsimile: (702) 737-7713

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ISAIAS FLORES RIOS, *et al.*,  )
                               )
         Plaintiffs,           )
                               )
    vs.                        )  Case No. 2:11-cv-00042-KJD-RJJ
                               )
HILLARY RODHAM CLINTON, *et al.*, )
                               )
         Defendants.           )
                               )
                               )
                               )
_____)

## ORDER

**PLAINTIFF'S UNOPPOSED MOTION FOR 30 DAY ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff's Unopposed Motion for a 30 day Enlargement of Time to File a Responsive Pleading until July 1st, 2011, is hereby GRANTED.

6/21/2011
_____        _____
Date                            The Honorable Kent J. Dawson
                                United States District Judge