# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ISAIAS FLORES RIOS, *et al.*,

    Plaintiffs,

v.

HILLARY RODHAM CLINTON, *et al.*,

    Defendants.

Case No. 2:11-CV-42-KJD-RJJ

**ORDER**

    On April 17, 2012, the parties filed their Joint Stipulated Voluntary Dismissal (#37). The parties agreed to dismiss the action in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice, each party to bear its own costs and fees.

    Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

    DATED this 30th day of April 2012.

                                                Kent J. Dawson
                                                United States District Judge